1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                                DISTRICT OF NEVADA
8                                      * * *
9    WESTFIELD INSURANCE COMPANY,        Case No. 2:13-cv-00647-MMD-PAL
     an Ohio corporation,
10
                              Plaintiff,              ORDER
11
12        v.
13   NOORDA SHEET METAL COMPANY,
     a Nevada corporation, et al.,
14
                             Defendants.
15

16        Before the Court is plaintiff Westfield Insurance Company's ("Westfield") letter
17   requesting a status check as to the disposition of its Motion for Summary Judgment against
18   Defendants Noorda Sheet Metal Company, Noorda Materials and Manufacturing, LLC,
19   Noorda Holding, LLC, Noorda Property Management, LLC, Noorda Equipment Co., LLC,
20   Noorda Horse Drive, LLC, Pomegranate Metals, Lamar Noorda (individually and as trustee
21   for the Noorda 2009 Trust and the Noorda 2010 Trust dated April 28, 2010), Elise Noorda
22   (individually and as Trustee for the Noorda 2009 Trust and the Noorda 2010 Trust dated
23   April 28, 2010), Noorda 2009 Trust, Noorda 2010 Trust dated April 28, 2010, Gary Howlett,
24   and Shirley Howlett (collectively, "Defendants") (dkt. no. 28).   (See attached letter.)
25   Wesfield's motion was filed on September 10, 2013, and was ripe and fully submitted to the
26   Court on October 21, 2013. The Court disposes of pending civil motions in chronological
27   order, except for those motions that require disposition on an expedited basis. The Court is
28   working on motions submitted before August 31, 2013, and will be moving through them

1  chronologically first before addressing motions filed after August 31, 2013.   Westfield's

2  Motion for Summary Judgment (dkt. no. 28) does not fall within the category that requires

3  expedited disposition and will therefore be decided in the order of pending motions in civil

4  cases. Oral argument will be scheduled if the Court determines argument is necessary.

5        DATED THIS 16th day of January 2014.

7        MIRANDA M. DU
      UNITED STATES DISTRICT JUDGE

WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.

ATTORNEYS AT LAW

6325 S. Rainbow Blvd., Suite 110
Las Vegas, Nevada 89118

Telephone: 702-789-3100
Facsimile: 702-822-2650
www.wthf.com

January 14, 2014

The Honorable Miranda M. Du
U.S. District Court for the District of Nevada
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

Re:   Westfield Insurance Company v. Noorda Sheet Metal Company, et al.
Case No. 2:13-cv-00647-MMD-PAL

Dear Judge Du:

I am counsel for Plaintiff Westfield Insurance Company ("Plaintiff") in the above-referenced lawsuit. I write this letter pursuant to Local Rule 7-6(b).

On September 10, 2013, Plaintiff filed its Motion for Summary Judgment against Defendants Noorda Sheet Metal Company, Noorda Materials and Manufacturing, LLC, Noorda Holding, LLC, Noorda Property Management, LLC, Noorda Equipment Co., LLC, Noorda Horse Drive, LLC, Pomegranate Metals, Lamar Noorda (individually and as trustee for the Noorda 2009 Trust and the Noorda 2010 Trust dated April 28, 2010), Elise Noorda (individually and as Trustee for the Noorda 2009 Trust and the Noorda 2010 Trust dated April 28, 2010), Noorda 2009 Trust, Noorda 2010 Trust dated April 28, 2010, Gary Howlett, and Shirley Howlett (collectively, "Defendants") (Dkt. #28). On October 4, 2013, Defendants each filed their response to Plaintiff's motion (Dkt. #31), and on October 21, 2013, Plaintiff filed its reply thereto (Dkt. #32).

On November 18, 2013, Gary and Shirley Howlett filed for protection under Chapter 7 of the Bankruptcy Code in a case identified as, "In re Howlett," Case No. 13-19705 LBR. During the Scheduling Conference held on December 3, 2013, Defendants' Counsel represented that the remaining Defendants were in the process of filing for bankruptcy. As of today's date, none of the remaining Defendants have filed for bankruptcy.

Plaintiff's Motion for Summary Judgment has been fully briefed and pending for more than sixty (60) days. Pursuant to Local Rule 7-6(b), I write to respectfully request that the Court rule on Plaintiff's Motion for Summary Judgment.

Very truly yours,

David R. Johnson

cc:   T. James Truman, Esq. (tjamestruman@gmail.com)
David J. Winterton, Esq. (david@davidwinterton.com)

McLean, VA        Irvine, CA        San Francisco, CA        Seattle, WA        Miami, FL        Chicago, IL